JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| SUN LA AN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>BMW OF NORTH AMERICA, LLC, a Delaware Limited Liability Company; NEW CENTURY ALHAMBRA AUTOMOBILES, INC. d/b/a NEW CENTURY BMW, a California corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | **CASE NO.: 2:17-04335 RGK (MRWx)**<br><br>**(Removed from Los Angeles County Superior Court Case No. BC660692)**<br><br>[~~**PROPOSED**~~] **ORDER RE DISMISSAL WITH PREJUDICE**<br><br>Trial: May 8, 2018 |

1. Plaintiff SUN LA AN and defendants BMW OF NORTH AMERICA, LLC and NEW CENTURY ALHAMBRA AUTOMOBILES, INC. DBA NEW CENTURY BMW, by and through their respective attorneys of record, stipulate that the entire action be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The parties further stipulate that all issues pertaining to costs have been resolved through the parties' settlement agreement.

THEREFORE, IT IS ORDERED that the entire action is dismissed with prejudice.

Dated: February 26, 2018  By: *Gary Klausner*
Hon. R. Gary Klausner
JUDGE OF THE UNITED
STATES DISTRICT COURT

**CERTIFICATE OF SERVICE**

I hereby certify that on February 23, 2018, I filed the foregoing document entitled **[PROPOSED] ORDER RE DISMISSAL WITH PREJUDICE** with the clerk of court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this action.

*/s/ Karyn L. Ihara*
Karyn L. Ihara